# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148652

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

JOHNNY LEE MARTIN, JR.,
  Defendant-Appellant.

SC: 148652
COA: 318328
Saginaw CC: 12-037971-FH

_____/

On order of the Court, the application for leave to appeal the December 11, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Saginaw Circuit Court for correction of the defendant's presentence report to reflect that he was not on bond at the time of his arrest. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



d0917

Clerk